1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7

8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | BEHJAT YAZDIFAR,                           )
AHMAD HAKIMJAVADI,                           ) No. C 09-0392 CW
13 | BENJAMIN HAKIMJAVADI,                      )
AMIRREZA HAKIMJAVADI,                        )
14 |                                            ) **STIPULATION TO EXTEND DATES;**
       Plaintiffs,                              ) **AND [PROPOSED] ORDER**
15 |                                            )
       v.                                       )
16 |                                            )
MARK FILIP, Acting Attorney General           )
17 | of the United States, in his official capacity; )
ROBERT S. MUELLER, Director of FBI           )
18 | in his official capacity;                    )
JANET NAPOLITANO, Secretary of the           )
19 | Department of Homeland Security, in her     )
official capacity;                             )
20 | MICHAEL AYTES, Acting Director of the      )
United States Citizenship and Immigration     )
21 | Service, in his official capacity;           )
GERARD HEINAUER, USCIS Director of           )
22 | Nebraska Service Center, in his official capacity, )
                                                )
23 |         Defendants.                          )
                                                )
24 |

25 | The Plaintiffs, by and through their attorney of record, and Defendants by and through their

26 | attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

27 | 1. Plaintiffs filed this action on or about January 28, 2009.  Defendants' response is due on

28 | March 30, 2009.

Stipulation to Extend
C09-0392 CW                                   1

2. On March 3, 2009, the United States Citizenship and Immigration Services (USCIS) issued a Notice of Intent to Deny ("NOID") to Plaintiffs.

3. In order to allow sufficient time for Plaintiffs to respond to the NOID, the parties hereby respectfully ask this Court to a 30-day extension of time within which the Defendants must serve its answer in the above-entitled action. Defendants will file their answer on or before April 30, 2009.

Date: March 10, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: March 10, 2009

/s/
THEODORE C. CHEN
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/10/09

CLAUDIA WILKEN
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.