1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  BEHJAT YAZDIFAR,                    )
    AHMAD HAKIMJAVADI,                  )  No. C 09-0392 CW
13  BENJAMIN HAKIMJAVADI,              )
    AMIRREZA HAKIMJAVADI,             )
14                                      )  **SECOND STIPULATION TO EXTEND**
                 Plaintiffs,            )  **DATES; AND ORDER**
15                                      )
                                        )
           v.                           )
16                                      )
    MARK FILIP, Acting Attorney General )
17  of the United States, in his official capacity; )
    ROBERT S. MUELLER, Director of FBI )
18  in his official capacity;           )
    JANET NAPOLITANO, Secretary of the )
19  Department of Homeland Security, in her )
    official capacity;                  )
20  MICHAEL AYTES, Acting Director of the )
    United States Citizenship and Immigration )
21  Service, in his official capacity;  )
    GERARD HEINAUER, USCIS Director of )
22  Nebraska Service Center, in his official capacity, )
                                        )
23              Defendants.             )
                                        )

24

25      The Plaintiffs, by and through their attorney of record, and Defendants by and through their

26  attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of

27  Defendants' answer.  The USCIS adjudicated Plaintiffs Behjat Yazdifar, Ahmad Hakimjavadi and

28  Benyamin Hakimjavadi's adjustment of status applications (Form I-485).

Second Stipulation to Extend
C09-0392 CW                          1

1    Accordingly, in order to allow sufficient time for USCIS to adjudicate Amirreza Hakimjavadi's

2    application, the parties hereby respectfully ask this Court to a 60-day extension of time within

3    which the Defendants must serve its answer in the above-entitled action.  Defendants will file their

4    answer on or before June 30, 2009.

5    Date: April 30, 2009                              Respectfully submitted,

6                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
7

8                                                      _____/s/_____
                                                       ILA C. DEISS[1]
9                                                      Assistant United States Attorney
                                                       Attorneys for Defendants
10

11                                                     _____/s/_____
12   Date: April 30, 2009                              THEODORE C. CHEN
                                                       Attorney for Plaintiffs
13

14                                   **ORDER**

15        Pursuant to stipulation, IT IS SO ORDERED.

16
     Date:  5/5/09                                     _____
17                                                     CLAUDIA WILKEN
                                                       United States District Judge
18

19

20

21

22

23

24

25

26

27        [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28   indicated by a "conformed" signature (/S/) within this efiled document.

Second Stipulation to Extend
C09-0392 CW                                       2