| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| BEHJAT YAZDIFAR,<br>AHMAD HAKIMJAVADI,<br>BENJAMIN HAKIMJAVADI,<br>AMIRREZA HAKIMJAVADI, | ) ) ) ) ) | No. C 09-0392 CW |
| Plaintiffs, | ) ) | **STIPULATION TO DISMISS; AND ORDER** |
| v. | ) ) | |
| MARK FILIP, Acting Attorney General of the United States, in his official capacity;<br>ROBERT S. MUELLER, Director of FBI in his official capacity;<br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, in her official capacity;<br>MICHAEL AYTES, Acting Director of the United States Citizenship and Immigration Service, in his official capacity;<br>GERARD HEINAUER, USCIS Director of Nebraska Service Center, in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because the United States Citizenship and Immigration Services has

///

Stipulation to Dismiss
C09-0392 CW                                               1

1  adjudicated Plaintiffs' applications for adjustment of status.

2      Each of the parties shall bear their own costs and fees.

4  Date: May 28, 2009                                  Respectfully submitted,

5                                           JOSEPH P. RUSSONIELLO
United States Attorney

7                                           /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

11  Date: May 28, 2009                                  /s/
THEODORE C. CHEN
Attorney for Plaintiffs

13                                    **ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.

15  Date: 6/10/09                                       *Claudia Wilken* (signature)
CLAUDIA WILKEN
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-0392 CW                                           2